**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose OCEGUEDA, Defendant—**
**Appellant.**

No. 03–50464.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 9, 2006.*

Decided Jan. 13, 2006.

Hanley Chew, Esq., USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Rudy Kraft, Esq., San Luis Obispo, CA, for Defendant–Appellant.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: HUG, O'SCANNLAIN and SILVERMAN, Circuit Judges.

MEMORANDUM **

Jose Ocegueda appeals from the 78–month sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846.

Appellant's unopposed motion for a limited remand is granted. *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005) (extending the limited remand procedure under *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir. 2005) (en banc), to cases involving nonconstitutional error under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)).

All other pending motions and requests are denied.

**REMANDED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.